*Biggs* and *Messrs. Sewall Key* and *J. P. Jackson* for the United States.

Nos. 255 and 256. GALBRAITH ET AL. *v.* BAY TRUST Co., TRUSTEE. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John E. Kinnane* for petitioners. *Mr. Edward S. Clark* for respondent.

No. 258. TROPIC-AIRE, INC. *v.* WILDERMUTH. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Amasa C. Paul, George I. Haight, William H. Davis,* and *Maurice M. Moore* for petitioner. *Mr. Drury W. Cooper* for respondent.

No. 259. SURPRISE, TRUSTEE, *v.* FIRST TRUST & SAVINGS BANK ET AL. October 9, 1933. Petition for writ of certiorari to the Appellate Court of Indiana denied. *Mr. C. B. Tinkham* for petitioner. *Mr. L. L. Bomberger* for respondents.

No. 261. FOSHAY TRUST & SAVINGS BANK *v.* PUBLIC UTILITIES CONSOLIDATED CORP. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. C. J. Rockwood* and *John P. Dalzell* for petitioner. *Mr. Clark R. Fletcher* for respondent.

No. 262. SEAS SHIPPING Co., INC. *v.* APPROXIMATELY 3,251,000 FEET OF LUMBER ET AL. October 9, 1933. Pe-